S.D.N.Y.-N.Y.C.
11-cr-907
15-cv-6630
Rakoff, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of December, two thousand fifteen.

Present:
    Susan L. Carney,
    Christopher F. Droney,
        *Circuit Judges*.*

_____

Rajat K. Gupta,

        *Petitioner-Appellant*,

    v.                                                        15-2707 (L),
                                                                        15-2712 (Con)

United States of America,

        *Respondent-Appellee*.

_____

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED. Appellant has not shown that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling," *Slack v. McDaniel*, 529 U.S. 473, 478 (2000), as to whether Appellant's claim was procedurally defaulted.

                                                    FOR THE COURT:
                                                    Catherine O'Hagan Wolfe, Clerk

---

*Circuit Judge Raymond J. Lohier, Jr., formerly a member of this panel, has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.